**Order entered September 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01437-CR
No. 05-18-01438-CR
No. 05-18-01439-CR
No. 05-18-01440-CR
No. 05-18-01441-CR
No. 05-18-01442-CR
No. 05-18-01443-CR
No. 05-18-01444-CR

**DANIEL BARRY STEFFEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-83863-2017, 199-83864-2017, 199-83865-2017,**
**199-83866-2017, 199-83867-2017, 199-83868-2017, 199-83869-2017 & 199-84131-2017**

## ORDER

Before the Court is the State's September 24, 2019 second motion to extend the time to file its brief. The State has tendered its brief with the motion. We **GRANT** the motion and **ORDER** the State's brief filed as of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE